UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
DEC 1 0 2009
AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**CRIMINAL ACTION NO. 09-16-S-DCR**     **UNDER SEAL**

**UNITED STATES OF AMERICA**     **PLAINTIFF**

V.     **MOTION FOR ARREST WARRANT AND HEARING ON RELEASE VIOLATION**

**WILLIAM E. STIVERS**
   **aka AL MAN**     **DEFENDANT**

\* \* \* \* \*

The United States, by and through counsel, moves for the Court to issue a warrant for the arrest of the Defendant, William E. Stivers, so that he may show cause why his release status should not be revoked. The United States alleges the Defendant has violated his Order Setting Conditions of Release by violating the standard condition that he not violate any federal, state or local law, and that he violated the following additional release conditions:

> (j) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to any co-defendant in London Case Number 09-CR-16 (DCR).

> (w) The Defendant shall have no discussions with or contact with potential witnesses or victims regarding the subject matter of the case, except through counsel.

A release violation report received on December 9, 2009 reveals that the Defendant has made multiple contacts with individuals he perceives as potential government witnesses. In those contacts, he directly discusses the subject matter of the instant offense. Furthermore, it appears that the Defendant has attempted to corruptly persuade another, and engaged in misleading conduct toward another, in an attempt to influence the testimony of that person, in violation of 18 U.S.C. § 1512(b)(1). The release violation report is attached.

        Respectfully submitted,

        JAMES A. ZERHUSEN
        UNITED STATES ATTORNEY

By: _____
        Jason D. Parman
        Assistant United States Attorney
        601 Meyers-Baker Road
        London, Kentucky 40741
        (606) 864-5523 ext. 117
        Jason.Parman@usdoj.gov