UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
DEC 10 2009
AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 09-16-S-DCR

**UNDER SEAL**

UNITED STATES OF AMERICA        PLAINTIFF

V.                              **ORDER**

WILLIAM E. STIVERS
  aka AL MAN                    DEFENDANT

\* \* \* \* \*

The United States having moved for a hearing on alleged release violations by the defendant, and the Court being sufficiently advised, it is hereby

**ORDERED** that a warrant be issued by the Clerk and this matter be brought on for a hearing before the Court at a date following the arrest of the defendant.

DATE: _December 10_____, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:   United States Marshal
          United States Probation
          Jason D. Parman, Assistant United States Attorney